AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DARNELL LAMAR HARRIS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:20-cv-164

CORRECT HEALTH MEDICAL, et al.,

Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated September 21, 2020, adopting the United States Magistrate Judge's Report and Recommendation as the opinion of the Court, judgment is hereby entered dismissing without prejudice Plaintiff's complaint. This case stands closed.

Approved by: _____

September 22, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03